101 F.3d 1392
 NOTICE: THIS SUMMARY ORDER MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY, BUT MAY BE CALLED TO THE ATTENTION OF THE COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA. SEE SECOND CIRCUIT RULE 0.23.
W. ALTON JONES FOUNDATION; Wenonah Development Company;
Foster and Foster; Foster Ban; Alma Foster
Davis; Cities Service Company; Harry
C. Bader and Ann D. Friel,
Plaintiffs-Appellees,
v.
CHEVRON U.S.A., INC., f/k/a Gulf Oil Corporation, Defendant-Appellant.
 No. 96-7371.
 United States Court of Appeals, Second Circuit.
 July 10, 1996.
 
 APPEARING FOR APPELLANT: Andrew L. Frey, Mayer, Brown & Platt, New York, N.Y.
 APPEARING FOR APPELLEE: W. DeVier Pierson, Pierson Semmes and Bemis, Washington, D.C.
 Present LUMBARD, VAN GRAAFEILAND and LEVAL, Circuit Judges.
 
 
 1
 This Cause came on to be heard on the transcript of record from the United States District Court for the Southern District of New York and was argued by counsel.
 
 
 2
 ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the order of the District Court be and it hereby is AFFIRMED.
 
 
 3
 An opinion of this Court will follow.